RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| APRIL MALONE and CELITRIA WATSON, | ) |
| Plaintiff(s), | ) |
| vs | ) No. 2:18-cv-02201-JTF/tmp |
| SHELBY COUNTY, PAUL HAGERMAN, Assistant District Attorney, Individually and in his Official Capacity, AUSTIN SCHOLEFIELD, Individually and his Official Capacity CHRIS SCRUGGS, Individually and his Official Capacity CITY OF MEMPHIS, OFFICER THURMOND RICHARDSON, Individually and in his Official Capacity, OFFICER JONATHAN OVERLY, Individually and his Official Capacity, OFFICER WILLIAM ACRED, Individually and his Official Capacity. | ) |
| Defendant(s). | ) |

### CERTIFICATE OF CONSULTATION

Comes now, Plaintiffs, April Malone and Celitria Watson hereby gives notice and certifies that, after consulting with the Defendants in this matter, the parties are unable to reach an accord regarding the issues raised in the Motion to Compel. The Plaintiffs neglected to include this certification in the Motion pursuant to Local Rule 7.2(a)(1)(B) and respectfully seeks to remedy that deficiency through this notice.

After, the Defendants became aware that this certification in the Motion, the parties corresponded with the defendants through electronic email on June 25th, 2019. The Plaintiffs informed the Defendants of the purpose and potential effect of the Motion and asked whether

they agreed or objected to the Motion to Compel. Rainey Lankford, counsel for the Assistant District Attorneys made their objection known via email. Barbaralette Davis and Darius Walker, counsel for the City of Memphis Attorneys made their objections known via email.

Therefore, in compliance with Local Rule 7.2(a)(1)(B), the undersigned hereby certifies that, after consultation between the parties, we are unable to reach an accord regarding the action requested by the Motion.

Respectfully submitted,

/s/ April Malone
APRIL MALONE
Aprilmalone99@yahoo.com
596 Arbor Hollow Circle#207
Cordova, TN 38016

/s/ Celitria Watson
CELITRIA WATSON
watsoncelitria@yahoo.com
P.O. Box 1332
Cordova, TN 38088

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 25TH day of June, 2019, for service on all parties and counsel registered in connection with this civil action, including:

/s/ April Malone
APRIL MALONE
Aprilmalone99@yahoo.com
596 Arbor Hollow Circle#207
Cordova, TN 38016

/s/ Celitria Watson
CELITRIA WATSON
watsoncelitria@yahoo.com
P.O. Box 1332
Cordova, TN 38088